UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>    Plaintiff,<br><br>    v.<br><br>KING COUNTY CORRECTIONAL CENTER, et al.,<br><br>    Defendants. | Case No. C16-273-JLR-JPD<br><br>REPORT AND RECOMMENDATION |

This matter comes before the Court upon the parties' March 31, 2017 stipulated motion to dismiss this civil rights action. Dkt. 108. Based on the stipulation of the parties, plaintiff Emanuel D. Fair and all defendants, including King County, Claudia Balducci, Keith McCoy, Barry Clemons, David Bliss, Michael Woodbury, Abdulmonaiem Mohamed, Carla Vicari, Michael Allen, Todd Clark, Richard Pennington, Henry Monteza, Pablo Chan, Bryce Lether, Cameron Walker, Sean Dumas, Joseph Garcia, Valerie Fisher, Roger Higgs, Jennifer Jones-Vanderleest, Debra Beckman, Christopher Salatka, Benjamin Sanders, William Hayes, Corinna Hyatt, Gordon Karlsson, Douglas Justus, Hikari Tamura, Edwin Bautista, Darren Stewart, Tracy Craw, Pam Jones, Darren Germunson, Nate Caldwell, Julie Mass, Jens Jellen, Roberta

PAGE - 1

Johnson, Chris Womack, Miriam Philby, Michael Stanfill, Tom Thompson, Patrick Kuritz, Carol Bryner, Bette Pine, Garrett Ferreiro, Bemie Dennehy, and Janna Lewis, the Court RECOMMENDS that this case be DISMISSED with prejudice and without costs and attorney's fees.

Because the parties have stipulated that the case be dismissed, the Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation. The Clerk should note the matter for **April 7, 2017** as ready for Judge Robart's consideration. A proposed order accompanies this Report and Recommendation.

DATED this 7th day of April, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge