UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>        Plaintiff,<br><br>    v.<br><br>KING COUNTY CORRECTIONAL CENTER, et al.,<br><br>        Defendants. | Case No. C16-273-JLR<br><br>ORDER OF DISMISSAL |

The Court, after careful consideration of the plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts and approves the Report and Recommendation.

(2) This civil rights action is dismissed with prejudice and without costs and attorney's fees.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 7th day of April, 2017.

JAMES L. ROBART
United States District Judge

ORDER
PAGE - 1